1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA KRENWINKEL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MOLLY HILL, Warden,<br><br>　　　　Respondent. | Case No. LA CV 19-10066-VBF (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

//
//
//
//
//
//

1   IT IS THEREFORE ORDERED as follows:

2   Petitioner Krenwinkel's objection **[Doc #14] is OVERRULED.**

3   The respondent's Motion to Dismiss **[Doc #10] is GRANTED.**

4   The petition for a writ of habeas corpus is hereby **DENIED**.

5   Final Judgment consistent with this Order and with the Report and
6   Recommendation will be entered as a separate document per Fed. R. Civ. P. 58(a).

7   The Court will rule on a certificate of appealability by separate order as well.

8   This action is **TERMINATED** (JS-6).

9

10   DATED:   November 30, 2020          /s/ Valerie Baker Fairbank
11                                  HONORABLE VALERIE BAKER FAIRBANK
                                     Senior UNITED STATES DISTRICT JUDGE