JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA KRENWINKEL, | Case No. LA CV 19-10066-VBF (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MOLLY HILL, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: November 30, 2020         /s/ Valerie Baker Fairbank
_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE